## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW BRESSANELI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-CV-170 RLW |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 7),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(i).

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 11th day of February, 2021.